IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 08-03381 |
| | : | |
| ROCKY MOUNTAIN HOLDINGS, INC., | : | |
| DIMELING, SCHREIBER & PARK, L.P., | : | |
| DIMELING, SCHREIBER & PARK | : | |
| REORGANIZATION FUND, L.P., | : | |
| | : | |
| and | : | |
| | : | |
| DUPONT CONOCO PRIVATE MARKET | : | |
| GROUP TRUST, | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this *10th* day of *March*, 2011, upon consideration of (1) the Motion for Summary Judgment by Plaintiff the United States of America (Docket No. 49); (2) Defendant Dupont Conoco Private Market Group Trust's Response in Opposition to Plaintiff's Motion (Docket. No. 53); (3) Plaintiff's Reply Memorandum in Support of its Motion for Summary Judgment (Docket No. 54); (4) Defendant's Motion for Summary Judgment (Docket No. 50); (5) Plaintiff's Response in Opposition to Defendant's Motion (Docket No. 52); (5) Defendant's Reply Memorandum in Support of its Motion for Summary Judgment (Docket No. 55); (6) Plaintiff's Objection to and Motion to Strike Exhibit 3 of Dupont's Reply in Opposition to Plaintiff's Motion for Summary Judgment (Docket No. 56); (7) Defendant's Cross-Motion to

Disregard and/or Strike and Response in Opposition to Plaintiff's Motion to Strike (Docket No. 57) and accompanying Memorandum of Law in Support of its Cross-Motion (Docket No. 58); and (8) Plaintiff's Response in Opposition to Defendants' Cross-Motion to Strike (Docket No. 59), it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket No. 49) is **DENIED** in its entirety.

2. Defendant's Motion for Summary Judgment (Docket No. 50) is **DENIED** in its entirety.

3. Plaintiff's Objection to and Motion to Strike Exhibit 3 of Dupont's Reply Memorandum in Opposition to Plaintiff's Motion for Summary Judgment (Docket No.56) is **DENIED.**

4. Defendant's Cross-Motion to Disregard and/or Strike (Docket No. 57) is **DENIED.**

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.