IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  08-03381 |
| | : | |
| ROCKY MOUNTAIN HOLDINGS, INC., | : | |
| DIMELING, SCHREIBER & PARK, L.P., | : | |
| DIMELING, SCHREIBER & PARK | : | |
| REORGANIZATION FUND, L.P., | : | |
| | : | |
| and | : | |
| | : | |
| DUPONT CONOCO PRIVATE MARKET | : | |
| GROUP TRUST, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of October, 2011, in accordance with the accompanying memorandum, it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendant, DuPont Conoco Private Market Group Trust.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.